1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

Case #3:21-cv-00124-LRH-CLB

City of Laurel, Mississippi

    Plaintiff(s),

  vs.

Cintas Corporation

    Defendant(s).

**VERIFIED PETITION FOR
PERMISSION TO PRACTICE
IN THIS CASE ONLY BY
ATTORNEY NOT ADMITTED
TO THE BAR OF THIS COURT
AND DESIGNATION OF
LOCAL COUNSEL**

FILING FEE IS $250.00

    Patrick D. Murphree  , Petitioner, respectfully represents to the Court:
     (name of petitioner)

  1.  That Petitioner is an attorney at law and a member of the law firm of

        Burns Charest LLP
         (firm name)

with offices at      365 Canal Street, Suite 1170    ,
          (street address)

   New Orleans  , Louisiana      70130 ,
    (city)      (state)     (zip code)

  504-799-2845  , pmurphree@burnscharest.com .
 (area code + telephone number)  (Email address)

  2.  That Petitioner has been retained personally or as a member of the law firm by

   City of Laurel, Mississippi   to provide legal representation in connection with
     [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3.     That since _____10/19/2017_____, Petitioner has been and presently is a
                              (date)
member in good standing of the bar of the highest Court of the State of _Louisiana_____
                                                                                    (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Louisiana Supreme Court | 10/19/2017 | 37813 |
| Louisiana USDC Eastern District | 04/05/2018 | 37813 |
| Louisiana USDC Western District | 04/05/2018 | 37813 |
| Louisiana USDC Middle District | 04/05/2018 | 37813 |
| US 5th Circuit Court of Appeals | 04/05/2018 | 37813 |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.     That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7.     That Petitioner is a member of good standing in the following Bar Associations.

Louisiana Bar Association.

8.     Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none. | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.     Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Louisiana _____ )
                                   )
COUNTY OF _____Orleans_____ )

_____Patrick D. Murphree_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

25ᵗʰ day of March , 2021 .

_____
Notary Public or Clerk of Court

AMANDA K. KLEVORN
NOTARY PUBLIC
NOTARY ID NO. 139119, LSBA NO. 35193
MY COMMISSION IS FOR LIFE.

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Patrick Millsap_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____510 West Plumb Lane, Suite A_____,
(street address)

_____Reno_____, _____Nevada_____, _____89509_____,
(city)              (state)            (zip code)

___775-683-9599___, ___patrick@wallacemillsap.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Patrick Millsap_____ as
                                                    (name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
City of Laurel by Johnny Magee, Mayor
_____
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12043                    patrick@wallacemillsap.com
_____
Bar number               Email address

APPROVED:
DATED this 29th day of March, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# United States of America

## State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana,

do hereby certify that

### *PATRICK D. MURPHREE ESQ., #37813*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and

the several courts of the State of Louisiana, on the 19th Day of October, 2017 A.D.; and is

currently in good standing, and sufficiently qualified to perform the duties of an attorney and

counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the   seal of this Court, at the City of New Orleans, this the 17th Day of November, 2020, A.D.

Clerk of Court
Supreme Court of Louisiana