**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

City of Laurel, Mississippi )  Case #3:21-cv-00124-LRH-CLB
)
Plaintiff(s), )  **VERIFIED PETITION FOR**
)  **PERMISSION TO PRACTICE**
vs. )  **IN THIS CASE ONLY BY**
)  **ATTORNEY NOT ADMITTED**
)  **TO THE BAR OF THIS COURT**
Cintas Corporation )  **AND DESIGNATION OF**
)  **LOCAL COUNSEL**
Defendant(s). )
)  FILING FEE IS $250.00

_____Korey A. Nelson_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Burns Charest LLP_____
(firm name)

with offices at _____365 Canal Street, Suite 1170_____,
(street address)

____New Orleans____, ____Louisiana____, ____70130____,
(city)              (state)             (zip code)

____504-799-2845____, ____knelson@burnscharest.com____.
(area code + telephone number)  (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

____City of Laurel, Mississippi____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since 10/28/2005 (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Louisiana (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Louisiana Supreme Court | 10/28/2005 | 30002 |
| New York Supreme Court - 3rd Judicial District | 07/23/2008 | 4614319 |
| U.S.V.I. Supreme Court (CGS Pending) | 11/20/2015 | R2012 |
| Louisiana USDC Middle District | 07/12/2016 | 30002 |
| Louisiana USDC Eastern District | 10/03/2007 | 30002 |
| Louisiana USDC Western District | 10/29/2007 | 30002 |
| US Court of Appeals 5th Circuit | 05/04/2018 | N/A |
| USDC Virgin Islands District | 12/2018 | R2012 |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

Louisiana Bar Association.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| none. | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF Louisiana )
COUNTY OF Orleans )

_____Korey A. Nelson_____, Petitioner, being first duly sworn, deposes and says: That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this 25TH day of March, 2021.

_____
Notary Public or Clerk of Court

AMANDA K. KLEVORN
NOTARY PUBLIC
NOTARY ID NO. 139119, LSBA NO. 35193
MY COMMISSION IS FOR LIFE.

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Patrick Millsap_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____510 West Plumb Lane, Suite A_____,
(street address)

___Reno___, ___Nevada___, ___89509___,
(city)    (state)   (zip code)

___775-683-9599___, ___patrick@wallacemillsap.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Patrick Millsap_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
City of Laurel by Johnny Magee, Mayor
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

12043                              patrick@wallacemillsap.com
Bar number                         Email address

APPROVED:
DATED this 29th day of March, 2021.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

Rev. 5/16



## Appellate Division of the Supreme Court of the State of New York
### Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Korey Arthur Nelson

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **July 23, 2008**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on March 16, 2021.

Robert D. Mayberger

Clerk of the Court

CertID-00005702



**State of New York**
**Supreme Court, Appellate Division**
**Third Judicial Department**
**Admissions Office**
**P.O. Box 7350, Capitol Station**
**Albany, NY 12224-0350**

Robert D. Mayberger
Clerk of the Court

(518) 471-4778
fax (518) 471-4749
http://www.nycourts.gov/ad3/admissions

Timothy P. O'Keefe
Acting Director of Attorney
Admissions

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised October 2020

United States of America

State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

### *KOREY ARTHUR NELSON ESQ., #30002*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 28th Day of October, 2005 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 18th Day of March, 2021, A.D.

Clerk of Court
Supreme Court of Louisiana

Scanned with CamScanner