ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
DOTSON LAW
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
Tel: (775) 501-9400
Email: rdotson@dotsonlaw.legal
　　　　jvance@dotsonlaw.legal
Attorneys for Defendant,
Cintas Corporation No. 2

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>　　　　Plaintiff,<br>vs.<br><br>CINTAS CORPORATION NO. 2,<br><br>　　　　Defendant. | Case No.: 3:21-cv-00124-LRH-CLB<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING TO CLASS ACTION COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Pursuant to LR IA 6-1 and 6-2, Plaintiff CITY OF LAUREL, MISSISSIPPI ("Plaintiff"), and Defendant CINTAS CORPORATION NO. 2 ("Defendant"), by and through their counsel of record, hereby agree and stipulate to extend the time allowed for Defendant to file its responsive pleading to Plaintiff's Class Action Complaint (whether that be a motion or answer), up to and including June 17, 2021. This Stipulation is entered into to accommodate Defendant's counsel, who have been recently retained in this action.

　　　　This is the first request to extend the time for Defendant to file this responsive pleading.

///

///

///

///

1

This Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

IT IS SO STIPULATED.

DATED this 13th day of May, 2021.          DATED this 14 day of May, 2021.

WALLACE & MILLSAP LLC                        DOTSON LAW

/s/ Patrick Millsap                                       /s/ Robert A. Dotson
_____              _____
F. MCCLURE WALLACE                               ROBERT A. DOTSON
Nevada State Bar No. 10264                         Nevada State Bar No. 5285
PATRICK R. MILLSAP                                JUSTIN C. VANCE
Nevada State Bar No. 12043                         Nevada State Bar No. 11306
510 W. Plumb Ln, Ste A                               5355 Reno Corporate Dr., Ste 100
Reno, NV 89509                                          Reno, Nevada 89511
(775) 683-9599                                            (775) 501-9400
*Attorneys for Plaintiffs*                              *Attorneys for Defendant*

IT IS SO ORDERED.

DATED this __14th__ day of __May__, 2021.

_____
~~UNITED STATES DISTRICT JUDGE~~
UNITED STATES MAGISTRATE JUDGE