# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CINTAS CORPORATION NO. 2,<br><br>Defendant. | Case No.: 3:21-cv-00124-LRH-CLB<br><br>**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO STAY PENDING ARBITRATION; AND IN THE ALTERNATIVE, MOTION TO TRANSFER VENUE**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff CITY OF LAUREL, MISSISSIPPI ("Plaintiff"), and Defendant CINTAS CORPORATION NO. 2 ("Defendant"), by and through their counsel of record, hereby agree and stipulate to extend the time allowed for Plaintiff to file its Opposition to the Defendant's Motion to Stay Pending Arbitration, and in the Alternative, Motion to Transfer Venue (the "Motion") to July 17, 2021. Plaintiff and Defendant further stipulate to extend the deadline for Defendant to file its Reply Points & Authorities in Support of the Motion to August 19, 2021.

This Stipulation is entered into to permit the Parties sufficient time to address certain procedural aspects of this matter at its inception. Thus, this Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

This is the first request to extend the briefing schedule applicable to the Motion.

///
///
///
///

1

IT IS SO STIPULATED.

DATED this ____ day of May, 2021.  DATED this **30th** day of ~~May~~ June, 2021.

WALLACE & MILLSAP LLC                DOTSON LAW

*/s/ Patrick Millsap*                */s/ Robert Dotson*

F. MCCLURE WALLACE                   ROBERT A. DOTSON
Nevada State Bar No. 10264           Nevada State Bar No. 5285
PATRICK R. MILLSAP                   JUSTIN C. VANCE
Nevada State Bar No. 12043           Nevada State Bar No. 11306
510 W. Plumb Ln, Ste A               5355 Reno Corporate Dr., Ste 100
Reno, NV 89509                       Reno, Nevada 89511
(775) 683-9599                       (775) 501-9400
*Attorneys for Plaintiffs*           *Attorneys for Defendant*

## ORDER

IT IS SO ORDERED, nunc pro tunc.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE