| | |
|---|---|
| ROBERT DOTSON (NSB No. 5285) | F. MCCLURE WALLACE (NSB No. 10264) |
| JUSTIN VANCE (NSB No. 11306) | PATRICK R. MILLSAP (NSB No. 12043) |
| DOTSON LAW | WALLACE & MILLSAP LLC |
| 5355 Reno Corporate Dr., Ste 100 | 510 W. Plumb Ln, Ste A |
| Reno, Nevada 89511 | Reno, NV 89509 |
| Tel: (775) 501-9400 | Tel: (775) 683-9599 |
| Email: rdotson@dotsonlaw.legal | Email: mcclure@wallacemillsap.com |
| jvance@dotsonlaw.legals | patrick@wallacemillsap.com |
| | |
| MARK C. DOSKER | KOREY A. NELSON |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| THOMAS J. LLOYD | AMANDA KLEVORN |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| KATIE A. SHARPLESS | PATRICK D. MURPHREE |
| (admitted *pro hac vice*) | (admitted *pro hac vice*) |
| SQUIRE PATTON BOGGS (US) LLP | BURNS CHAREST LLP |
| 275 Battery Street, Suite 2600 | 365 Canal Street, Suite 1170 |
| San Francisco, California 94111 | New Orleans, LA 70130 |
| Tel: (415) 954-0200 | Tel: (504) 799-2845 |
| Email: mark.dosker@squirepb.com | Email: knelson@burnscharest.com |
| thomas.lloyd@squirepb.com | klevorn@burnscharest.com |
| katie.sharpless@squirepb.com | pmurphree@burnscharest.com |
| *Attorneys for Defendant,* | |
| *Cintas Corporation No. 2* | CHARLES D. GABRIEL |
| | (admitted *pro hac vice*) |
| | CHALMERS & ADAMS LLC |
| | 1409 Silverling Way |
| | Raleigh, NC 27613 |
| | Tele: (678) 735-5903 |
| | Email: cdgabriel@chalmersadams.com |
| | *Attorneys for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all others similarly situated, <br><br> Plaintiff, <br> vs. <br><br> CINTAS CORPORATION NO. 2, <br><br> Defendant. | Case No.: 3:21-cv-00124-LRH-CLB <br><br> **STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANT TO FILE ANSWER TO FIRST AMENDED CLASS ACTION COMPLAINT** <br><br> **(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff CITY OF LAUREL, MISSISSIPPI ("Plaintiff"), and Defendant CINTAS CORPORATION NO. 2 ("Defendant"), by and

through their counsel of record, hereby agree and stipulate to extend the time allowed for Defendant to file its Answer to Plaintiff's First Amended Class Action Complaint, up to and including April 4, 2022. This Stipulation is entered into to accommodate the schedule and coordination of defense counsel.

This is the first request to extend the time for Defendant to file this responsive pleading.

This Stipulation is made for good cause and not for the purposes of delay. Nothing contained in this Stipulation shall be deemed a waiver of any right belonging to any party hereto.

IT IS SO STIPULATED.

DATED this 17th day of March, 2022.

WALLACE & MILLSAP LLC

 /s/ PATRICK R. MILLSAP
F. MCCLURE WALLACE
Nevada State Bar No. 10264
PATRICK R. MILLSAP
Nevada State Bar No. 12043
510 W. Plumb Ln, Ste A
Reno, NV  89509
(775) 683-9599
*Attorneys for Plaintiffs*

DATED this 17th day of March, 2022.

DOTSON LAW

 /s/ ROBERT A. DOTSON
ROBERT A. DOTSON
Nevada State Bar No. 5285
JUSTIN C. VANCE
Nevada State Bar No. 11306
5355 Reno Corporate Dr., Ste 100
Reno, Nevada 89511
(775) 501-9400
*Attorneys for Defendant*

IT IS SO ORDERED.

DATED this __17th__ day of __March__, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

2