UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION NO. 2,<br><br>Defendant. | Case No. 3:21-cv-00124-LRH-CLB<br><br>**ORDER GRANTING STIPULATION STAYING PROCEEDINGS PENDING POTENTIAL ALTERNATIVE DISPUTE RESOLUTION**<br><br>**(FIRST REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff CITY OF LAUREL, MISSISSIPPI ("Plaintiff"), and Defendant CINTAS CORPORATION NO. 2 ("Defendant"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on March 3, 2022, the Court issued its Order [ECF No. 53] denying the motion by Defendant Cintas Corporation No. 2 ("Cintas") under 9 U.S.C. §3 to stay this action pending arbitration (the "Order");

WHEREAS, on April 1, 2022 Cintas filed its Notice of Appeal [ECF 59] from the Order to the United States Court of Appeals for the Ninth Circuit pursuant to 9 U.S.C. §16(a)(1)(A);

WHEREAS, on March 6, 2023, the United States Court of Appeals for the Ninth Circuit affirmed this Court's prior order and remanded the case;

WHEREAS, the parties have agreed to discuss the potential for alternative dispute resolution in this matter; and

WHEREAS the parties believe that a stay of this action for a period of ninety (90) days following entry of this Order will facilitate those discussions and is in the interest of judicial economy and conservation of resources;

NOW THEREFORE, THE PARTIES HEREBY STIPULATE TO AN ORDER OF THE COURT AS FOLLOWS:

1. This action shall be stayed for a period of ninety (90) days from the date of this Order.

**IT IS SO STIPULATED.**

Dated this June 8, 2023.

| DOTSON LAW | WALLACE & MILLSAP |
|---|---|
| BY: */s/ Robert A. Dotson*<br>Robert A. Dotson (Nevada State Bar No. 5285)<br>RDotson@dotsonlaw.legal<br>Justin C. Vance (Nevada State Bar No. 11306)<br>JVance@dotsonlaw.legal<br>5355 Reno Corporate Dr., Ste 100<br>Reno, Nevada 89511<br>Tel: (775) 501-9400 | BY: */s/ F. McClure Wallace & Patrick R. Millsap*<br>F. McClure Wallace, Esq.<br>Nevada Bar No.: 10264<br>Patrick R. Millsap, Esq.<br>Nevada Bar No.: 12043<br>510 W Plumb Ln., Ste. A<br>Reno, Nevada 89509<br>(775) 683-9599<br>mcclure@wallacemillsap.com<br>patrick@wallacemillsap.com |

ny-2574110

| | |
|---|---|
| **MORRISON & FOERSTER LLP**<br><br>David J. Fioccola (*admitted pro hac vice*)<br>DFioccola@mofo.com<br>Jessica Kaufman (*admitted pro hac vice*)<br>JKaufman@mofo.com<br>250 West 55th Street<br>New York, New York  10019<br>Tel:  (212) 468-8000<br>Fax: (212) 468-7900<br><br>*Counsel for Defendant*<br>*CINTAS CORPORATION NO. 2* | **BURNS CHAREST LLP**<br><br>Warren Burns (*admitted pro hac vice*)<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Telephone: (469) 904-4550<br>Facsimile: (469) 444-5002<br>wburns@burnscharest.com<br><br>Korey A. Nelson (*admitted pro hac vice*)<br>Amanda Klevorn (*admitted pro hac vice*)<br>Patrick D. Murphree (*admitted pro hac vice*)<br>365 Canal Street, Suite 1170<br>New Orleans, LA 70130<br>Telephone: (504) 799-2845<br>Facsimile: (504) 881-1765<br>knelson@burnscharest.com<br>aklevorn@burnscharest.com<br>pmurphree@burnscharest.com<br><br>*Counsel for Plaintiff City of Laurel, Mississippi* |

**ORDER**

IT IS SO ORDERED.

DATED this 8th day of June, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

ny-2574110