UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, ON BEHALF OF ITSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION NO. 2,<br><br>Defendant. | Case No. 3:21-cv-00124-LRH-CLB<br><br>**ORDER GRANTING**<br><br>**SUBSTITUTION OF COUNSEL** |

Defendant Cintas Corporation No. 2 ("Cintas") hereby substitutes the law firm of Morrison & Foerster LLP, 250 West 55th Street, New York, NY 10019-9601, (212) 468-8000, as their attorneys in the above-captioned action in the place and stead of Squire Patton Boggs (US) LLP. Robert A. Dotson and Justin C. Vance of Dotson Law will remain as counsel for Defendant Cintas.

///

///

1

DATED this 7th day of June 2023.

CINTAS CORPORATION NO. 2

By: /s/ Jamie Ramsey
Jamie Ramsey

The undersigned hereby state that David J. Fioccola and Jessica Kaufman were admitted to practice in this matter on May 1, 2023 (ECF Nos. 74 and 75), agree to be substituted as attorneys for defendant Cintas in the above-captioned action in the place and stead of Squire Patton Boggs (US) LLP, and agree that Robert A. Dotson and Justin C. Vance of Dotson Law will remain as counsel for Defendant Cintas.

DATED this 7th day of June 2023.

MORRISON & FOERSTER LLP

By: /s/
David J. Fioccola – *admitted pro hac vice*
Jessica Kaufman – *admitted pro hac vice*
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
Email: dfioccola@mofo.com
jkaufman@mofo.com

The undersigned hereby agree to the substitution of the law firm of Morrison & Foerster LLP as attorneys in the above-captioned action in the place and stead of Squire Patton Boggs (US) LLP, and agree that the undersigned will remain as counsel for Defendant Cintas.

DATED this 7 day of June 2023.

DOTSON LAW

By: /s/
Robert A. Dotson (Nevada State Bar No. 5285)
Justin C. Vance (Nevada State Bar No. 11306)
5355 Reno Corporate Dr., Ste 100
New York, New York 10019
Telephone: (212) 468-8000
Email: rdotson@dotsonlaw.legal
jvance@dotsonlaw.legal

2

The undersigned hereby agree to the substitution of the law firm of Morrison & Foerster LLP as attorneys for defendant Cintas in the above-captioned action in their place and stead, and agree that Robert A. Dotson and Justin C. Vance of Dotson Law will remain as counsel for Defendant Cintas.

DATED this 6th day of June 2023.

SQUIRE PATTON BOGGS (US) LLP

By: _____
Mark Coleman Dosker
475 Sansome Street
16th Floor
San Francisco, CA 94111
Telephone: 415-954-0200
Email: mark.dosker@squirepb.com

Thomas Lloyd
275 Battery Street
Ste. 2600
San Francisco, CA 94111
Telephone: 415-954-0200
Email: thomas.lloyd@squirepb.com

## ORDER

IT IS SO ORDERED.

DATED this 8th day of June, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

3