UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION NO. 2,<br><br>Defendant. | Case No. 3:21-cv-00124-LRH-CLB<br><br>**ORDER GRANTING STIPULATION CONTINUING STAY OF PROCEEDINGS PENDING POTENTIAL ALTERNATIVE DISPUTE RESOLUTION**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff CITY OF LAUREL, MISSISSIPPI ("Plaintiff"), and Defendant CINTAS CORPORATION NO. 2 ("Defendant"), by and through their counsel of record, hereby agree and stipulate as follows:

1

WHEREAS, on March 3, 2022, the Court issued its Order [ECF No. 53] denying the motion by Defendant Cintas Corporation No. 2 ("Cintas") under 9 U.S.C. §3 to stay this action pending arbitration (the "Order");

WHEREAS, on April 1, 2022 Cintas filed its Notice of Appeal [ECF No. 59] from the Order to the United States Court of Appeals for the Ninth Circuit pursuant to 9 U.S.C. §16(a)(1)(A);

WHEREAS, on March 6, 2023, the United States Court of Appeals for the Ninth Circuit affirmed this Court's prior order and remanded the case;

WHEREAS, the parties subsequently agreed to discuss the potential for alternative dispute resolution in this matter;

WHEREAS, on June 8, 2023, the Court entered a Stipulation and Order Staying Proceedings Pending Potential Alternative Dispute Resolution (First Request) (the "Stay Order") [ECF Nos. 77 & 78].  That order stayed this action for a period of ninety (90) days;

WHEREAS, the parties' discussions regarding the potential for alternative dispute resolution in this matter are progressing and have been productive and the parties are optimistic that an out-of-court resolution remains viable;

WHEREAS, on September 6, 2023, the ninety (90) day period set forth in the Stay Order will expire;

WHEREAS, the parties require additional time to continue discussing the potential for alternative dispute resolution in this matter; and

WHEREAS, the parties believe that a stay of this action for an additional period of no more than sixty (61) days following the expiration of the Stay Order on September 6, 2023 is appropriate and necessary to facilitate those further discussions and is in the interest of judicial economy and conservation of resources.  This is the second such request;

2

NOW THEREFORE, THE PARTIES HEREBY STIPULATE TO AN ORDER OF THE COURT AS FOLLOWS:

1. This action shall be stayed for a period of sixty-one (61) days from September 6, 2023 until November 6, 2023.

2. [In the alternative and if the Court is inclined] This action shall be stayed for a period of thirty (30) days from September 6, 2023, at which point the parties will submit an interim report to the Court regarding the status of the parties' discussions on alternative dispute resolution and, if appropriate, request an additional stay of this action if necessary to facilitate further discussions.

**IT IS SO STIPULATED.**

Dated this August 28, 2023.

| WALLACE & MILLSAP | DOTSON LAW |
|---|---|
| BY: */s/ Patrick R. Millsap*<br>F. McClure Wallace, Esq.<br>Nevada Bar No. 10264<br>Patrick R. Millsap, Esq.<br>Nevada Bar No. 12043<br>510 W Plumb Ln., Ste. A<br>Reno, Nevada 89509<br>(775) 683-9599<br>mcclure@wallacemillsap.com<br>patrick@wallacemillsap.com | BY:   */s/ Robert A. Dotson*<br>Robert A. Dotson<br>Nevada State Bar No. 5285<br>Justin C. Vance<br>Nevada State Bar No. 11306<br>5355 Reno Corporate Dr., Ste 100<br>Reno, Nevada  89511<br>Tel:  (775) 501-9400<br>RDotson@dotsonlaw.legal<br>JVance@dotsonlaw.legal |
| BURNS CHAREST LLP | MORRISON & FOERSTER LLP |
| Warren Burns (*admitted pro hac vice*)<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Telephone: (469) 904-4550<br>Facsimile: (469) 444-5002<br>wburns@burnscharest.com<br><br>Korey A. Nelson (*admitted pro hac vice*)<br>Amanda Klevorn (*admitted pro hac vice*)<br>Patrick D. Murphree (*admitted pro hac* | David J. Fioccola (*admitted pro hac vice*)<br>Jessica Kaufman (*admitted pro hac vice*)<br>250 West 55th Street<br>New York, New York  10019<br>Tel:  (212) 468-8000<br>Fax: (212) 468-7900<br>DFioccola@mofo.com<br>JKaufman@mofo.com<br><br>*Counsel for Defendant* |

*vice*)
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com
aklevorn@burnscharest.com
pmurphree@burnscharest.com

*Counsel for Plaintiff*
CITY OF LAUREL, MISSISSIPPI

CINTAS CORPORATION NO. 2

**ORDER**

Pursuant to the stipulation of the parties, IT IS ORDERED that this action shall be stayed for a period of sixty-one (61) days from September 6, 2023 until November 6, 2023.

IT IS SO ORDERED.

DATED this 29th day of August, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

4