# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| **CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all other similarly situated,**<br><br>Plaintiff,<br><br>vs.<br><br>**CINTAS CORPORATION NO. 2,**<br><br>Defendant. | Case No. 3:21-cv-00124-LRH-CLB<br><br>**ORDER GRANTING ADDRESS AND FIRM NAME CHANGE** |

## NOTICE OF ADDRESS AND FIRM NAME CHANGE

COMES NOW Charles D. Gabriel, Esq., and notifies the Court and all counsel of record of the substitution of Chalmers Adams Backer & Kaufman, PLLC as his firm affiliation and his continuation as counsel of record for Plaintiffs in captioned matter and requests that he be provided with a copy of all future pleadings at the address herein below listed.  Mr. Gabriel's affiliation with Chalmers & Adams, LLC, shall be removed from all future pleadings.  Furthermore, all future pleadings, court notices and correspondence should be sent to the following address:

Charles D. Gabriel, Esq.
Chalmers Adams Backer & Kaufman, PLLC
13200 Strickland Rd., Ste 114-177
Raleigh, NC, 27613
678.735.5903
CDGabriel@ChalmersAdams.com

Respectfully submitted, this the 31st day of August, 2023.

        Chalmers Adams Backer & Kaufman, PLLC

        */S/ Charles D. Gabriel*
        _____

        Charles D. Gabriel, Esq.
        Georgia Bar No.: 281649
        North Carolina Bar No.:54684
        COUNSEL FOR PLAINTIFFS
        Admitted via *Pro Hac Vice*

## **ORDER**

IT IS SO ORDERED.
Dated: <u>August 31, 2023.</u>

_____
UNITED STATES MAGISTRATE JUDGE