PROSKAUER ROSE LLP
David J. Fioccola (*admitted pro hac vice*)
Jeff H. Warshafsky (*pro hac vice application forthcoming*)
Jana R. Ruthberg (*pro hac vice application forthcoming*)
Eleven Times Square
New York, New York 10036
Tel: 212.969.3025
Email: DFioccola@proskauer.com
　　　　JWarshafsky@proskauer.com
　　　　JRuthberg@proskauer.com

*Counsels for Defendant
Cintas Corporation No. 2*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>CINTAS CORPORATION NO. 2,<br><br>　　　　　　　　　Defendant. | Case No. 3:21-cv-00124-LRH-CLB<br><br>**SUBSTITUTION OF ATTORNEY FOR DEFENDANT CINTAS CORPORATION NO. 2** |

### **SUBSTITUTION OF ATTORNEY**

Cintas Corporation No. 2 (Defendant) hereby substitutes David J. Fioccola, Esq., Jeff H. Warshafsky, Esq., and Jana R. Ruthberg, Esq., Proskauer Rose LLP, 11 Times Square, New York, NY 10036, Telephone: 212-969-3025, as attorneys of record in place and stead of David J. Fioccola, Esq. and Jessica Kaufman, Esq., Morrison & Foerster LLP.

Dated: November 3, 2023

_____
Jamie M. Ramsey, Esq.
Cintas Corporation No. 2

I consent to the above substitution.

Dated: November 1, 2023                MORRISON & FOERSTER LLP

_____
Jessica Kaufman, Esq.

I consent to the above substitution.

Dated: November 1, 2023                PROSKAUER ROSE LLP

_____*/s/ David J. Fioccola*_____
David J. Fioccola, Esq.

I consent to the above substitution.

Dated: November 1, 2023                PROSKAUER ROSE

_____*/s/ Jeff H. Warshafsky*_____
Jeff H. Warshafsky, Esq.

I consent to the above substitution.

Dated: November 1, 2023                PROSKAUER ROSE

_____*/s/ Jana R. Ruthberg*_____
Jana R. Ruthberg, Esq.

Please check one: __X__ RETAINED, or _____ APPOINTED BY THE COURT

**APPROVED:**

Dated: November ____, 2023

_____
UNITED STATES DISTRICT COURT JUDGE

**IT IS SO ORDERED.**

**DATED:** November 3, 2023.

_____
UNITED STATES MAGISTRATE JUDGE