# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION NO. 2,<br><br>Defendant. | Case No. 3:21-cv-00124-LRH-CLB<br><br>**ORDER GRANTING STIPULATION CONTINUING STAY OF PROCEEDINGS PENDING POTENTIAL ALTERNATIVE DISPUTE RESOLUTION**<br><br>**(THIRD REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff CITY OF LAUREL, MISSISSIPPI ("Plaintiff"), and Defendant CINTAS CORPORATION NO. 2 ("Defendant"), by and through their counsel of record, hereby agree and stipulate as follows:

1

1   WHEREAS, on March 3, 2022, the Court issued its Order [ECF No. 53] denying the motion
2   by Defendant Cintas Corporation No. 2 ("Cintas") under 9 U.S.C. § 3 to stay this action pending
3   arbitration (the "Order");

4   WHEREAS, on April 1, 2022, Cintas filed its Notice of Appeal [ECF No. 59] from the
5   Order to United States Court of Appeals for the Ninth Circuit pursuant to 9 U.S.C. § 16(a)(1)(A);

6   WHEREAS, on March 6, 2023, the United States Court of Appeals for the Ninth Circuit
7   affirmed this Court's prior order and remanded the case;

8   WHEREAS, the parties subsequently agreed to discuss the potential for alternative dispute
9   resolution in this matter;

10  WHEREAS, on June 8, 2023, the Court entered a Stipulation and Order Staying Proceedings
11  Pending Potential Alternative Dispute Resolution (First Request) (the "First Stay Order") [ECF Nos.
12  77 & 78].  That order stayed this action for a period of ninety (90) days;

13  WHEREAS, on August 29, 2023, the Court entered a Stipulation Continuing Stay of
14  Proceedings Pending Potential Alternative Dispute Resolution (Second Request) (the "Second Stay
15  Order") [ECF Nos. 80 & 81].  That order stayed this action for a period of sixty-one (61) days;

16  WHEREAS, the parties' discussions regarding the potential for alternative dispute resolution
17  in this matter are progressing and have been productive and the parties are optimistic that an out-of-
18  court resolution remains viable;

19  WHEREAS, on November 6, 2023, the sixty-one (61) day period set forth in the Second
20  Stay Order will expire;

21  WHEREAS, the parties require additional time to continue discussing the potential for
22  alternative dispute resolution in this matter; and

23  ///

1  WHEREAS, the parties believe that a stay of this action for an additional period of no more
2  than seventy (70) days following the expiration of the Second Stay Order on November 6, 2023 is
3  appropriate and necessary to facilitate those further discussions and is in the interest of judicial
4  economy and conservation of resources.  This is the third such request;
5  NOW THEREFORE, THE PARTIES HEREBY STIPULATE TO AN ORDER OF THE
6  COURT AS FOLLOWS:
7  1. This action shall be stayed for a period of seventy (70) days from November 6, 2023
8  until January 15, 2024.
9  2. [In the alternative and if the Court is inclined] This action shall be stayed for a period
10 of thirty (30) days from November 6, 2023, at which point the parties will submit an interim report
11 to the Court regarding the status of the parties' discussions on alternative dispute resolution and, if
12 appropriate, request an additional stay of this action if necessary to facilitate further discussions.
13 **IT IS SO STIPULATED.**
14 Dated this November 6, 2023.

| WALLACE & MILLSAP | DOTSON LAW |
|---|---|
| BY: /s/ Patrick R. Millsap | BY: /s/ Robert A. Dotson |
| F. McClure Wallace, Esq. | Robert A. Dotson |
| Nevada Bar No. 10264 | Nevada State Bar No. 5285 |
| Patrick R. Millsap, Esq. | Justin C. Vance |
| Nevada Bar No. 12043 | Nevada State Bar No. 11306 |
| 510 W Plumb Ln., Ste. A | 5355 Reno Corporate Dr., Ste 100 |
| Reno, Nevada 89509 | Reno, Nevada 89511 |
| (775) 683-9599 | Tel: (775) 501-9400 |
| mcclure@wallacemillsap.com | RDotson@dotsonlaw.legal |
| patrick@wallacemillsap.com | JVance@dotsonlaw.legal |
| | |
| BURNS CHAREST LLP | PROSKAUER ROSE LLP |
| Warren Burns (*admitted pro hac vice*) | David J. Fioccola (*admitted pro hac vice*) |
| 900 Jackson Street, Suite 500 | Jeff H. Warshafsky (*pro hac vice* |
| Dallas, Texas 75202 | *application forthcoming*) |

| | |
|---|---|
| Telephone: (469) 904-4550 | Jana R. Ruthberg (*pro hac vice* |
| Facsimile: (469) 444-5002 | *application forthcoming*) |
| wburns@burnscharest.com | 11 Times Square |
| | New York, New York  10036 |
| Korey A. Nelson (*admitted pro hac vice*) | Tel:  (212) 468-8000 |
| Amanda Klevorn (*admitted pro hac vice*) | Fax: (212) 468-7900 |
| Patrick D. Murphree | DFioccola@proskauer.com |
| (*admitted pro hac   vice*) | JWarshafsky@proskauer.com |
| 365 Canal Street, Suite 1170 | JRuthberg@proskauer.com |
| New Orleans, LA 70130 | *Counsel for Defendant* |
| Telephone: (504) 799-2845 | CINTAS CORPORATION NO. 2 |
| Facsimile: (504) 881-1765 | |
| knelson@burnscharest.com | |
| aklevorn@burnscharest.com | |
| pmurphree@burnscharest.com | |

*Counsel for Plaintiff*
CITY OF LAUREL, MISSISSIPPI

## **ORDER**

IT IS THEREFORE ORDERED that this action shall be stayed for a period of seventy (70) days from November 6, 2023 until January 15, 2024.

IT IS SO ORDERED.

DATED this 6th day of November, 2023.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE