```
              FILED            RECEIVED
              ENTERED          SERVED ON
                       COUNSEL/PARTIES OF RECORD

                     JAN 19 2024

              CLERK US DISTRICT COURT
                 DISTRICT OF NEVADA
              BY:                      DEPUTY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION NO. 2,<br><br>Defendant. | Case No. 3:21-cv-00124-LRH-CLB<br><br>**ORDER GRANTING STIPULATION CONTINUING STAY OF PROCEEDINGS PENDING POTENTIAL ALTERNATIVE DISPUTE RESOLUTION**<br><br>**(FOURTH REQUEST)** |

Pursuant to LR IA 6-1 and 6-2, Plaintiff CITY OF LAUREL, MISSISSIPPI ("Plaintiff"), and Defendant CINTAS CORPORATION NO. 2 ("Defendant"), by and through their counsel of record, hereby agree and stipulate as follows:

WHEREAS, on March 3, 2022, the Court issued its Order [ECF No. 53] denying the motion by Defendant Cintas Corporation No. 2 ("Cintas") under 9 U.S.C. § 3 to stay this action pending arbitration (the "Order");

WHEREAS, on April 1, 2022, Cintas filed its Notice of Appeal [ECF No. 59] from the Order to United States Court of Appeals for the Ninth Circuit pursuant to 9 U.S.C. § 16(a)(1)(A);

WHEREAS, on March 6, 2023, the United States Court of Appeals for the Ninth Circuit affirmed this Court's prior order and remanded the case;

WHEREAS, the parties subsequently agreed to discuss the potential for alternative dispute resolution in this matter;

WHEREAS, on June 8, 2023, the Court entered a Stipulation and Order Staying Proceedings Pending Potential Alternative Dispute Resolution (First Request) (the "First Stay Order") [ECF Nos. 77 & 78]. That order stayed this action for a period of ninety (90) days;

1

WHEREAS, on August 29, 2023, the Court entered a Stipulation Continuing Stay of Proceedings Pending Potential Alternative Dispute Resolution (Second Request) (the "Second Stay Order") [ECF Nos. 80 & 81]. That order stayed this action for a period of sixty-one (61) days;

WHEREAS, on November 6, 2023, the Court entered a Stipulation Continuing Stay of Proceedings Pending Potential Alternative Dispute Resolution (Third Request) (the "Third Stay Order") [ECF Nos. 87 & 88]. That order stayed this action for a period of seventy (70) days;

WHEREAS, on January 15, 2024, the seventy (70) day period set forth in the Third Stay Order expired;

WHEREAS, the parties assert that they need additional time to continue discussing the potential for alternative dispute resolution in this matter, including exploring the use of a mediator;

WHEREAS, the parties believe that a stay of this action for an additional period of no more than ninety-one (91) days following the expiration of the Third Stay Order on January 15, 2024 is appropriate and necessary to facilitate those further discussions and is in the interest of judicial economy and conservation of resources. This is the fourth such request;

WHEREAS, the Court is agreeable to granting a final stay and finds that there is sufficient cause for a stay;

IT IS HEREBY ORDERED that this action shall be stayed for a period of ninety-one (91) days from January 15, 2024 until April 15, 2024. No further extension will be granted without a personal hearing before the Court and a showing of good cause for further delay.

IT IS FURTHER ORDERED that this matter is hereby referred to United States Magistrate Judge Robert A. McQuaid, Jr. for the purpose of conducting a virtual settlement conference, as the parties have expressed an interest in mediation.

IT IS SO ORDERED.

DATED this 19th day of January, 2024.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE