Warren T. Burns (admitted *pro hac vice*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com

F.McCLURE WALLACE
Nevada Bar No.: 10264
PATRICK R. MILLSAP
Nevada Bar No.: 12043
WALLACE & MILLSAP
510 W Plumb Ln., Ste. A
Reno, Nevada 89509
(775) 683-9599
mcclure@wallacemillsap.com
patrick@wallacemillsap.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA, NORTHERN DIVISION**

| | |
|---|---|
| CITY OF LAUREL, MISSISSIPPI, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CINTAS CORPORATION NO. 2,<br><br>Defendant. | Case No. 3:21-cv-00124-ART-CLB<br><br>**ORDER GRANTING STIPULATION WITHDRAWING PATRICK MURPHREE AS COUNSEL OF RECORD** |

Pursuant to LR IA 11-6(b), Plaintiff CITY OF LAUREL, MISSISSIPPI ("Plaintiff"), and Defendant CINTAS CORPORATION NO. 2 ("Defendant"), by and through their counsel of record, hereby agree and stipulate as follows:

1. Patrick D. Murphree counsel for Plaintiff City of Laurel, Mississippi respectfully submits this Stipulation and Proposed Order to Withdraw as Counsel of Record.

2. Patrick D. Murphree is no longer employed as an Associate at Burns Charest LLP.

3. Pursuant to LR IA 11-6(b) Plaintiff City of Laurel, Mississippi has been notified of this withdrawal and has no objection.

4. The withdrawal will not result in a delay of pretrial proceedings, trial, or any hearing in this matter.

1  5. The undersigned counsel – Burns Charest LLP and Wallace & Millsap – will remain as counsel of record for Plaintiffs.

IT IS SO STIPULATED.

Dated: June 7, 2024

/s/ Watten T. Burns
Warren T. Burns (admitted *pro hac vice*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Facsimile: (469) 444-5002
wburns@burnscharest.com

Korey A. Nelson (admitted *pro hac vice*)
BURNS CHAREST LLP
365 Canal Street, Suite 1170
New Orleans, LA 70130
Telephone: (504) 799-2845
Facsimile: (504) 881-1765
knelson@burnscharest.com

F.McCLURE WALLACE
Nevada Bar No.: 10264
PATRICK R. MILLSAP
Nevada Bar No.: 12043
WALLACE & MILLSAP
510 W Plumb Ln., Ste. A
Reno, Nevada 89509
(775) 683-9599
mcclure@wallacemillsap.com
patrick@wallacemillsap.com

1  Dated: June 7, 2024

2                                                                            /s/ Robert A. Dotson
                                                                             ROBERT A. DOTSON
3                                                                            Nevada State Bar No. 5285
                                                                             JUSTIN C. VANCE
4                                                                            Nevada State Bar No. 11306
                                                                             DOTSON LAW
5                                                                            5355 Reno Corporate Drive, Suite 100
                                                                             Reno, Nevada  89511
6                                                                            Tel.: (775) 501-9400

7                                                                            MARK C. DOSKER (admitted *pro hac vice*)
                                                                             SQUIRE PATTON BOGGS (US) LLP
8                                                                            275 Battery Street, Suite 2600
                                                                             San Francisco, California  94111
9                                                                            Tel.: (415) 954-0200

10                                                                           Attorneys for Defendant
                                                                             CINTAS CORPORATION NO. 2

14                                          **ORDER**

16  IT IS SO ORDERED.

17  Dated:  7th  day of June 2024

                                                                             _____
                                                                             CARLA L. BALDWIN
18                                                                           UNITED STATES MAGISTRATE JUDGE

3